UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSHER ROTKIN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>J.P. MORGAN CHASE & CO.,<br><br>　　　　　　　　Defendant. | Case No. 3:17-cv-02575-BRM-DEA |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Osher Rotkin and Defendant Chase Bank USA, N.A., incorrectly named in the complaint as JP Morgan Chase & Co, by and through their undersigned counsel, hereby stipulate that:

1. All claims, defenses, motions, and petitions asserted by Plaintiff against Defendant are dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

**SO STIPULATED:**
      Dated: July 5, 2017

                                    /s/ Edward B. Geller
                                    Edward B. Geller, Esq.
                                    Edward B. Geller, Esq., P.C. Of Counsel to
                                    M. HARVEY REPHEN & ASSOCIATES, P.C.
                                    15 Landing Way
                                    Bronx, New York 10464
                                    Tel.: (914) 473-6783

                                    *Attorney for Plaintiff Osher Rotkin*


                                    /s/ Rachel Weiner Cohen
                                    Rachel Weiner Cohen
                                    WILMER CUTLER PICKERING
                                        HALE AND DORR LLP
                                    1875 Pennsylvania Avenue NW
                                    Washington, DC 20006
                                    Tel.: (212) 230-8800
                                    Fax: (212) 230-8888

                                    *Attorney for Defendant Chase Bank USA, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, I caused a copy of the foregoing Stipulation of Dismissal to be served upon all parties of record by operation of the Court's electronic filing system.

/s/ Rachel Weiner Cohen
Rachel Weiner Cohen