RECEIVED
JUL - 6 2017
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

OSHER ROTKIN,

           Plaintiff,

v.

J.P. MORGAN CHASE & CO.,

           Defendant.

Case No. 3:17-cv-02575-BRM-DEA

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Osher Rotkin and Defendant Chase Bank USA, N.A., incorrectly named in the complaint as JP Morgan Chase & Co, by and through their undersigned counsel, hereby stipulate that:

1.    All claims, defenses, motions, and petitions asserted by Plaintiff against Defendant are dismissed with prejudice; and

2.    Each party shall bear its own costs and attorneys' fees.

1

**SO STIPULATED:**
      Dated: July 5, 2017

/s/ Edward B. Geller
Edward B. Geller, Esq.
Edward B. Geller, Esq., P.C. Of Counsel to
M. HARVEY REPHEN & ASSOCIATES, P.C.
15 Landing Way
Bronx, New York 10464
Tel.: (914) 473-6783

*Attorney for Plaintiff Osher Rotkin*

/s/ Rachel Weiner Cohen
Rachel Weiner Cohen
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendant Chase Bank USA, N.A.*

It is so ordered this 6th day of July, 2017

Brian R. Martinotti, U.S.D.J.